IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CUBE INFRASTRUCTURE MANAGERS SA**, acting on behalf **of CUBE INFRASTRUCTURE FUND II**, an independent Luxembourgian management Company<br><br>Plaintiff,<br><br>v.<br><br>**GRANAHAN MCCOURT DUBLIN, LLC**, a Delaware Limited Liability Company and **OAK HILL ADVISORS, L.P.**, a Delaware Limited Partnership<br><br>Defendants. | C.A. No. |

## MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

Plaintiff, Cube Infrastructure Managers SA acting on behalf of Cube Infrastructure Fund II ("Cube"), through its undersigned attorneys, hereby seeks leave to file its Complaint in the above-captioned matter under seal. In support of this motion, Cube states as follows:

1. This is a civil action brought against Granahan McCourt Dublin, LLC ("GMC") and Oak Hill Advisors, L.P. ("Oak Hill) for (a) breach of a ███████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ █████████████████████████████████, (b) tortious interference with the ███ by Oak Hill Advisors, L.P. ("Oak Hill"), and (c) tortious interference with ███

1

██████████████████████████ signed by non-party Granahan McCourt Dublin (Ireland) Limited ("FundCo"), non-party ESCF Investment S.à.r.l. ("ESCF"), and Cube by GMC and Oak Hill.

2. The Complaint, among other things, contains detailed allegations relating to the ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. The ██, ██, and ████████████████ all contain confidentiality provisions. As the ██, ██, and ████████████████ contain certain confidentiality provisions, and out of an abundance of caution, Cube seeks to file its Complaint under seal.

3. In *Littlejohn v. Bic Corp.*, 851 F.2d 673 (3d Cir. 1988), the Third Circuit held that, though the common law afforded the public the right of access to judicial proceedings and records, that "right is not absolute." *Id.* at 677-78 (citing *Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 598 (1978). Rather, "[c]ourts may deny access to judicial records, for example, where they are sources of business information that might harm a litigant's competitive standing." *Id.* at 678 (quoting *Nixon*, 435 U.S. at 598) (emphasis added); *see also Leucadia, Inc. v. Applied Extrusion Tech., Inc.*, 998 F.2d 157, 162 (3d Cir. 1993) ("Documents containing trade secrets or other confidential business information may be protected from disclosure.").

4. Cube will file a public version of the Complaint, with the confidential information redacted, within seven days of this motion being granted.

WHEREFORE, Cube respectfully requests leave to file its Complaint in this matter under seal.

| | |
|---|---|
| DATED: January 10, 2018 | **DLA PIPER LLP (US)** |
| | |
| **Of Counsel:** | */s/ John L. Reed* |
| | John L. Reed (I.D. No. 3023) |
| John J. Clarke, Jr. | Derrick B. Farrell (I.D. No. 5747) |
| DLA Piper LLP (US) | Ethan Townsend (I.D. No. 5813) |
| 1251 Avenue of the Americas | Harrison Carpenter (I.D. No. 6018) |
| New York, New York 10020-1104 | 1201 North Market Street, Suite 2100 |
| T: (212) 335-4500 | Wilmington, DE 19801 |
| F: (212) 335-4501 | T: (302) 468-5700 |
| john.clarke@dlapiper.com | F: (302) 394-2341 |
| | john.reed@dlapiper.com |
| | derrick.farrell@dlapiper.com |
| | ethan.townsend@dlapiper.com |
| | harrison.carpenter@dlapiper.com |
| Courtney Gilligan Saleski | |
| DLA Piper LLP (US) | *Attorney for Plaintiff* |
| One Liberty Place | |
| 1650 Market Street, Suite 4900 | |
| Philadelphia, Pennsylvania 19103-7300 | |
| T: (215) 656-3300 | |
| F: (215) 656-3301 | |
| courtney.saleski@dlapiper.com | |