**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CUBE INFRASTRUCTURE MANAGERS SA, acting on behalf of CUBE INFRASTRUCTURE FUND II, an independent Luxembourgian Management Company,<br><br>Plaintiff,<br><br>v.<br><br>GRANAHAN MCCOURT DUBLIN, LLC, a Delaware Limited Liability Company and OAK HILL ADVISORS, L.P., a Delaware Limited Partnership,<br><br>Defendants. | ) | C.A. 18-79-GMS |

**STIPULATION AND ORDER TO SEAL DEFENDANTS' ANSWER TO COMPLAINT**

WHEREAS, on January 10, 2018, Plaintiff Cube Infrastructure Managers SA ("Cube") filed a motion for leave to file its complaint under seal (D.I. 1) (the "Motion");

WHEREAS, on January 11, 2018, the Court granted Cube's Motion (D.I. 6);

WHEREAS, the deadline for Defendants Granahan McCourt Dublin, LLC and Oak Hill Advisors, L.P. ("Defendants") to move, answer or otherwise respond to the Sealed Complaint (D.I. 3) is February 16, 2018 (D.I. 9);

WHEREAS, Defendants' answer will refer to and/or repeat the allegations of the Sealed Complaint (*see* D.I. 1, 3), requiring that the answer be filed under seal; and

WHEREAS, the parties have not yet entered into a protective order to govern this case;

NOW, THEREFORE, Cube and Defendants hereby stipulate and agree, subject to the approval of the Court, that Defendants' answer to the Complaint may be filed under seal

according to the District Court of Delaware's Revised Administrative Procedures Governing Filing and Service by Electronic Means.

*/s/ Derrick B. Farrell*
John L. Reed (#3023)
Derrick B. Farrell (#5747)
Ethan H. Townsend (#5813)
Harrison Carpenter (#6018)
DLA Piper LLP
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
john.reed@dlapiper.com
derrick.farrell@dlapiper.com
ethan.townsend@dlapiper.com
harrison.carpenter@dlapiper.com

*Attorneys for Plaintiff*

*/s/ Katharine L. Mowery*
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Katharine L. Mowery (#5629)
Tyler Cragg (#6398)
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
moyer@rlf.com
fineman@rlf.com
mowery@rlf.com
cragg@rlf.com

*Attorneys for Defendants*

Dated: February 15, 2018

SO ORDERED this 22nd day of Feb, 2018.

____________________________
United States District Judge