# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUBE INFRASTRUCTURE MANAGERS SA, acting on behalf of CUBE INFRASTRUCTURE FUND II, an independent Luxembourgian Management Company, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. 18-79-CFC |
| v. | ) ) | |
| GRANAHAN MCCOURT DUBLIN, LLC, a Delaware Limited Liability Company and OAK HILL ADVISORS, L.P., a Delaware Limited Partnership, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 26, 2018, true and correct copies of Defendants Granahan McCourt Dublin, LLC and Oak Hill Advisor, L.P.'s (1) First Set of Requests for Admission to Plaintiff Cube Infrastructure Managers SA, (2) Second Set of Requests for Production to Plaintiff Cube Infrastructure Managers SA, and (3) Second Set of Interrogatories to Plaintiff Cube Infrastructure Managers SA were caused to be served on the following counsel as indicated:

**VIA ELECTRONIC MAIL:**

John L. Reed (#3023)
Peter H. Kyle (#5918)
Harrison Carpenter (#6018)
DLA Piper LLP
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
john.reed@dlapiper.com
peter.kyle@dlapiper.com
harrison.carpenter@dlapiper.com

Dated:  September 26, 2018

*/s/ Tyler E. Cragg*
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Katharine L. Mowery (#5629)
Tyler Cragg (#6398)
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801
(302) 651-7700
moyer@rlf.com
fineman@rlf.com
mowery@rlf.com
cragg@rlf.com

*Attorneys for Defendants Granahan McCourt Dublin, LLC and Oak Hill Advisors, LP*