## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUBE INFRASTRUCTURE | : | |
| MANAGERS SA, acting on behalf | : | |
| of CUBE INFRASTRUCTURE | : | |
| FUND II, an independent | : | |
| Luxembourgian management | : | |
| Company | : | |
| | : | |
| Plaintiff, | : | C.A. No. 18-79-CFC |
| | : | |
| v. | : | |
| | : | |
| GRANAHAN MCCOURT | : | |
| DUBLIN, LLC, a Delaware | : | |
| Limited Liability Company and | : | |
| OAK HILL ADVISORS, L.P., | : | |
| a Delaware Limited Partnership | : | |
| | : | |
| Defendants. | : | |
| | : | |

## JOINT STATUS REPORT

Pursuant to the Court's Oral Order of September 21, 2018, Cube Infrastructure Managers, SA ("Plaintiff") and Defendants Granahan McCourt Dublin, LLC and Oak Hill Advisors LP (together, "Defendants"), by and through their undersigned counsel, submit this Joint Status Report.

### I.    BACKGROUND

On January 10, 2018, Plaintiff filed the complaint in this action (D.I. 3).  On February 16, 2018, Defendants answered (D.I. 11) and filed an Amended Answer, with leave of Court, on August 28, 2018 (D.I. 38).  The Court entered a scheduling order on April 18, 2018 (D.I. 28), and the parties are presently engaged in fact discovery.  The parties have made substantial document productions; are presently scheduling depositions; and anticipate completing fact discovery by October 26, 2018

pursuant to the Scheduling Order, with the limited exception[1] of certain depositions to be taken the week following the close of fact discovery.  The parties expect to file a stipulation promptly seeking Court approval in that regard.

## II.    THE NEXT EVENT THE COURT MAY NEED TO SCHEDULE

On September 27, 2018, Plaintiff moved the Court for the issuance of a Letter of Request seeking to facilitate the examination under Irish law of, and production of documents from, Philip Doyle of AMP Capital Investors (UK) Limited.  ("Motion for Issuance of Letter of Request") (D.I. 42).  As of the filing of this Joint Status Report, Plaintiff and Defendants have not reached agreement regarding this motion.  Any opposition from Defendants to the Motion for Issuance of Letter of Request is due October 11, 2018.  To the extent Defendants do not consent to the relief sought, Plaintiff contends that the Court needs to schedule a hearing on Plaintiff's Motion for Issuance of Letter of Request (D.I. 42) before December 1, 2018.  Defendants do not object to a hearing, subject to the Court's availability, to the extent the Court deems such a hearing to be necessary.  Plaintiff will file a request for oral argument pursuant to Local Rule 7.1.4, if appropriate, after the October 11, 2018 deadline for any opposition to the Motion for Issuance of Letter Request.

The parties are not aware of any other events that the Court needs to schedule at this time.  Below are the remaining upcoming deadlines in this case:

| Event | Current Pending Deadline |
|---|---|
| Completion Of Fact Discovery | October 26, 2018 |
| Dispositive Motions Due | November 8, 2018 |
| Expert Reports | December 7, 2018 |
| Rebuttal Expert Reports | January 23, 2019 |
| Completion Of Expert Discovery | February 11, 2019 |
| Pretrial Order | March 29, 2019 |

---

[1] The other exception(s) are a non-party examination described in Section II and, potentially, the depositions of certain transactional attorneys and/or law firms.  The parties also reserve the right to seek to take further discovery to the extent necessitated by documents recently produced or yet to be produced.

| Pretrial Conference | April 15, 2019 at 2:00 p.m. EST |
| Trial | May 6-10, 2019 |

DATED:  October 5, 2018

**DLA PIPER LLP (US)**

**Of Counsel:**

John J. Clarke, Jr.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
T: (212) 335-4500
F: (212) 335-4501
john.clarke@dlapiper.com

Courtney Gilligan Saleski
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
T: (215) 656-3300
F: (215) 656-3301
courtney.saleski@dlapiper.com

  _/s/ John L. Reed_
John L. Reed (I.D. No. 3023)
Ethan Townsend (I.D. No. 5813)
Peter H. Kyle (I.D. No. 5918)
Harrison S. Carpenter (I.D. No. 6018)
1201 North Market Street, Suite 2100
Wilmington, DE  19801
T: (302) 468-5700
F: (302) 394-2341
john.reed@dlapiper.com
ethan.townsend@dlapiper.com
peter.kyle@dlapiper.com
harrison.carpenter@dlapiper.com

*Attorneys for Plaintiff*

**RICHARDS, LAYTON & FINGER, P.A.**

  _/s/ Steven J. Fineman_
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Katharine L. Mowery (#5629)
Tyler Cragg (#6398)
920 N. King Street
Wilmington, DE  19801
(302) 651-7700
moyer@rlf.com
fineman@rlf.com
mowery@rlf.com
cragg@rlf.com

*Attorneys for Defendants Granahan McCourt Dublin, LLC and Oak Hill Advisors, LP*