**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CUBE INFRASTRUCTURE MANAGERS SA**, acting on behalf **of CUBE INFRASTRUCTURE FUND II**, an independent Luxembourgian management Company,

Plaintiff,

v.

**GRANAHAN MCCOURT DUBLIN, LLC**, a Delaware Limited Liability Company and **OAK HILL ADVISORS, L.P.**, a Delaware Limited Partnership

Defendants.

C.A. No. 18-79-CFC

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), the parties hereby stipulate and agree that all claims asserted in the above-captioned action are hereby dismissed with prejudice. All fees, costs and expenses relating to this litigation (including attorneys' fees and expenses) shall be borne solely by the party incurring same.

**DLA PIPER LLP (US)**

*/s/ John L. Reed*
John L. Reed (I.D. No. 3023)
Ethan Townsend (I.D. No. 5813)
Peter H. Kyle (I.D. No. 5918)
Harrison Carpenter (I.D. No. 6018)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
T: (302) 468-5700
F: (302) 394-2341
john.reed@dlapiper.com
ethan.townsend@dlapiper.com
peter.kyle@dlapiper.com
harrison.carpenter@dlapiper.com

*Attorneys for Plaintiff Cube Infrastructure Managers SA on behalf of Cube Infrastructure Fund II*

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Steven J. Fineman*
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Katharine L. Mowery (#5629)
Tyler Cragg (#6398)
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
fineman@rlf.com
mowery@rlf.com
cragg@rlf.com

*Attorneys for Defendants Granahan McCourt Dublin, LLC and Oak Hill Advisors, L.P.*

Dated: November 30, 2018

SO ORDERED this ___ day of November, 2018.

______________________________
UNITED STATES DISTRICT JUDGE